JODI SIEGNER, Esq., Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA T. HOUSHOLDER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 13-4475 ABC(PJWx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Before the Honorable<br>   Audrey B. Collins<br><br>DATE:  November 25, 2013<br>TIME:  10:00 a.m.<br>CTRM:  680<br><br>NOTE: CHANGES MADE BY THE COURT |

It appearing that defendant, JOSHUA T. HOUSHOLDER, an individual, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against JOSHUA T. HOUSHOLDER, an individual, as follows:

For an order compelling submission to an audit of their business records for the period January 7, 2011 to the present and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns, health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts and all material invoices.

IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees in the amount of $720.00 and costs pursuant to the Bill of Costs. The hearing on November 25, 2013 is VACATED.

DATED: 11/8/13

*Audrey B. Collins*
THE HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE